**Roderick Duane LEWIS, Petitioner–Appellant,**

v.

**Jeri Ann SHERRY, Respondent–Appellee.**

No. 08–1524.

United States Court of Appeals, Sixth Circuit.

March 15, 2010.

Before: MARTIN, SILER, and MOORE, Circuit Judges.

PER CURIAM.

Roderick Lewis appeals five issues for which the district court denied his motion for habeas relief: (1) admission of identification; (2) suppression of evidence; (3) jury instructions and communications; (4) ineffective assistance of trial counsel; and (5) ineffective assistance of appellate counsel. Having reviewed the briefs and record and heard oral argument, we find no reversible error warranting the grant of a writ of habeas corpus.

But this is not to say that there was no legal error committed. Though we agree with the majority of the district court's conclusions, *Lewis v. Sherry*, No. 05–74202, 2007 WL 4591299 (E.D.Mich. Dec.28, 2007), *Lewis v. Bell*, No. 05–74202, 2007 WL 1585641 (E.D.Mich. June 1, 2007), we must disagree with its conclusion that the identification was not unduly suggestive. *Lewis*, 2007 WL 1585641. The full circumstances associated with the identification—a line-up with few similarities among the participants; a pre-lineup sighting of the accused which showed a new, distinctive characteristic; that only the accused had the distinctive characteristic; and the knowledge that the accused was definitely in the line-up—demonstrate that this line-up was unduly suggestive. However, while the state courts and the district court erred in finding that the line-up was not unduly suggestive, the witness' identification of Lewis was nonetheless reliable under the factors outlined in *Neil v. Biggers*, 409 U.S. 188, 196–97, 93 S.Ct. 375, 34 L.Ed.2d 401 (1972). Therefore, the state court's admission of the identification was

not an unreasonable application of federal law.

We therefore **DENY** Lewis' petition.